GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

FILED ✓        LODGED ___
___ RECEIVED   ___ COPY

JUN 0 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-22-00591-PHX-DLR (ESW) |
| Plaintiff, | | |
| vs. | | **INDICTMENT** |
| | VIO: | 18 U.S.C. § 2119(1) (Carjacking) Count 1 |
| 1. Jose DeJesus Encinas-Delgado, (Counts 1 – 3, 42 – 46) | | |
| 2. Alex Hernandez-Chagoya, (Counts 3 – 17) | | 18 U.S.C. § 924(c)(1)(A) (Use, Brandish, and Discharge of a Firearm in a Crime of Violence) Count 2 |
| 3. Cassandra Gonzalez, and, (Counts 3, 18 – 29) | | 18 U.S.C. § 371 (Conspiracy) Count 3 |
| 4. Alejandra Gonzalez, (Counts 3, 30 – 41) | | 18 U.S.C. § 924(a)(1)(A) and 924(a)(2) (False Statement During the Purchase of a Firearm) Counts 4 – 15, 18 – 23, 30 – 35 |
| Defendants. | | |
| | | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 16 – 17, 24 – 29, 36 – 41 |
| | | 18 U.S.C. §§ 922(g)(5) and 924(a)(2) (Possession of a Firearm by an Alien Unlawfully Present in the United States) Counts 42 – 43 |

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Felon in Possession of a Firearm)
Counts 44 – 45

8 U.S.C. § 1326(a) and (b)(1)
(Reentry of Removed Alien)
Count 46

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. §§ 853 and 881; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about January 23, 2021, in the District of Arizona, Defendant JOSE DEJESUS ENCINAS-DELGADO took a red 2011 Jeep Cherokee, a motor vehicle that had been transported, shipped, and received in interstate commerce, from J.L.L by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Section 2119(1).

## COUNT 2

On or about January 23, 2021, in the District of Arizona, Defendant JOSE DEJESUS ENCINAS-DELGADO did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Carjacking as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

Between on or about January 13, 2022 and April 5, 2022, in the District of Arizona and elsewhere, Defendants JOSE DEJESUS ENCINAS-DELGADO, ALEX HERNANDEZ-CHAGOYA, CASSANDRA GONZALEZ, and ALEJANDRA

GONZALEZ did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: (a) to knowingly make false statements and representations to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 924(a)(1)(A); and (b) in connection with the acquisition of a firearm from a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to knowingly make a false and fictitious written statement to the dealer of firearms, which statement was intended and likely to deceive the dealer of firearms as to a fact material to the lawfulness of such sale, in that the purchaser of the firearm stated that he/she was the actual transferee/buyer of the firearm when in fact he/she was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Purpose of the Conspiracy

The purpose of this conspiracy was to obtain firearms from a licensed dealer of firearms by means of knowingly false statements and representations that concealed the identity of the true purchaser of the firearms from the records the dealer was required to maintain.

### The Means and Methods of the Conspiracy

The means and methods employed by Defendants JOSE DEJESUS ENCINAS-DELGADO, ALEX HERNANDEZ-CHAGOYA, CASSANDRA GONZALEZ, and ALEJANDRA GONZALEZ to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that Defendants ALEX HERNANDEZ-CHAGOYA, CASSANDRA GONZALEZ, and ALEJANDRA GONZALEZ would purchase firearms in the District of Arizona with the intention to provide them to Defendant JOSE DEJESUS ENCINAS-DELGADO.

It was a further part of the conspiracy that Defendants ALEX HERNANDEZ-

CHAGOYA, CASSANDRA GONZALEZ, and ALEJANDRA GONZALEZ would make false statements and representations on the ATF Form 4473 regarding the true purchaser of each of the firearms.

It was a further part of the conspiracy that Defendant JOSE DEJESUS ENCINAS-DELGADO would provide directions to Defendants ALEX HERNANDEZ-CHAGOYA, CASSANDRA GONZALEZ, and ALEJANDRA GONZALEZ to purchase firearms and Defendant JOSE DEJESUS ENCINAS-DELGADO would provide the funds directly to Defendants ALEX HERNANDEZ-CHAGOYA, CASSANDRA GONZALEZ, and ALEJANDRA GONZALEZ to cover the purchase of each of the firearms involved in the conspiracy.

It was a further part of the conspiracy that Defendants ALEX HERNANDEZ-CHAGOYA, CASSANDRA GONZALEZ, and ALEJANDRA GONZALEZ who purchased firearms would be compensated monetarily for their actions by Defendant JOSE DEJESUS ENCINAS-DELGADO.

It was a further part of the conspiracy that all of the acts of acquiring, obtaining, selling, purchasing, and transporting the firearms involved in the conspiracy were undertaken by Defendants ALEX HERNANDEZ-CHAGOYA, CASSANDRA GONZALEZ, and ALEJANDRA GONZALEZ with the knowledge and intent that the firearms involved in the conspiracy would be illegally provided to Defendant JOSE DEJESUS ENCINAS-DELGADO.

During all relevant times, Defendant JOSE ENCINAS-DELGADO was a prohibited possessor and unable to purchase and possess firearms and ammunition.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, and caused to be committed, the overt acts described below:

Between on or about January 13, 2022 through April 5, 2022, Defendant JOSE DEJESUS ENCINAS-DELGADO knowingly induced and procured Defendants ALEX HERNANDEZ-CHAGOYA, CASSANDRA GONZALEZ, and ALEJANDRA

- 4 -

GONZALEZ to make false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. On twelve (12) separate occasions during the procurement of a total of eighteen (18) firearms, Defendant ALEX HERNANDEZ-CHAGOYA completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing a statement and representation that he knew to be false. On six (6) separate occasions during the procurement of a total of ten (10) firearms, Defendant CASSANDRA GONZALEZ completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing a statement and representation that she knew to be false. On six (6) separate occasions during the procurement of a total of ten (10) firearms, Defendant ALEJANDRA GONZALEZ completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing a statement and representation that she knew to be false.

At Defendant JOSE DEJESUS ENCINAS-DELGADO's direction, Defendants ALEX HERNANDEZ-CHAGOYA, CASSANDRA GONZALEZ, and ALEJANDRA GONZALEZ provided all thirty-eight (38) firearms to Defendant JOSE DEJESUS ENCINAS-DELGADO.

All in violation of Title 18, United States Code, Section 371.

### COUNTS 4 – 15

On or about the dates listed below, in the District of Arizona, Defendant ALEX HERNANDEZ-CHAGOYA knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ALEX HERNANDEZ-CHAGOYA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction

- 5 -

Record, in each of the counts below, stating that Defendant ALEX HERNANDEZ-CHAGOYA resided at an address in San Luis, Arizona, whereas in truth and fact, Defendant ALEX HERNANDEZ CHAGOYA knew that he resided at a different address:

| Count | Date | FFL |
|---|---|---|
| 4 | January 13, 2022 | Sprague's Sports |
| 5 | February 11, 2022 | Sprague's Sports |
| 6 | February 25, 2022 | Sprague's Sports |
| 7 | March 2, 2022 | Sprague's Sports |
| 8 | March 4, 2022 | Sprague's Sports |
| 9 | March 7, 2022 | Sprague's Sports |
| 10 | March 8, 2022 | Jones & Jones |
| 11 | March 10, 2022 | Sprague's Sports |
| 12 | March 15, 2022 | Sprague's Sports |
| 13 | March 16, 2022 | Jones & Jones |
| 14 | March 18, 2022 | Firearms Unknown/ Hiram's Guns |
| 15 | March 19, 2022 | Sprague's Sports |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(2).

## COUNTS 16 – 17

On or about the dates listed below, in the District of Arizona, Defendant ALEX HERNANDEZ-CHAGOYA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ALEX HERNANDEZ-CHAGOYA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual purchaser, whereas in truth and fact, he was purchasing them on behalf of Defendant JOSE DEJESUS ENCINAS-DELGADO:

| Count | Date | FFL |
|---|---|---|

- 6 -

| 16 | March 7, 2022 | Sprague's Sports |
| 17 | March 16, 2022 | Jones & Jones |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 18 – 23

On or about the dates listed below, in the District of Arizona, Defendant CASSANDRA GONZALEZ knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant CASSANDRA GONZALEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant CASSANDRA GONZALEZ resided at an address in San Luis, Arizona, whereas in truth and fact, Defendant CASSANDRA GONZALEZ knew that she resided at a different address:

| Count | Date | FFL |
|---|---|---|
| 18 | March 4, 2022 | Sprague's Sports |
| 19 | March 6, 2022 | Firearms Unknown/ Hiram's Guns |
| 20 | March 18, 2022 | Jones & Jones |
| 21 | March 21, 2022 | Sprague's Sports |
| 22 | March 30, 2022 | Jones & Jones |
| 23 | April 5, 2022 | Jones & Jones |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(2).

### COUNTS 24 – 29

On or about the dates listed below, in the District of Arizona, Defendant CASSANDRA GONZALEZ knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions

of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant CASSANDRA GONZALEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual purchaser, whereas in truth and fact, she was purchasing them on behalf of Defendant JOSE DEJESUS ENCINAS-DELGADO:

| Count | Date | FFL |
|---|---|---|
| 24 | March 4, 2022 | Sprague's Sports |
| 25 | March 6, 2022 | Firearms Unknown/ Hiram's Guns |
| 26 | March 18, 2022 | Jones & Jones |
| 27 | March 21, 2022 | Sprague's Sports |
| 28 | March 30, 2022 | Jones & Jones |
| 29 | April 5, 2022 | Jones & Jones |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 30 – 35

On or about the dates listed below, in the District of Arizona, Defendant ALEJANDRA GONZALEZ knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ALEJANDRA GONZALEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant ALEJANDRA GONZALEZ resided at an address in San Luis, Arizona, whereas in truth and fact, Defendant ALEJANDRA GONZALEZ knew that she resided at a different address:

| Count | Date | FFL |
|---|---|---|
| 30 | March 4, 2022 | Sprague's Sports |
| 31 | March 7, 2022 | Sprague's Sports |
| 32 | March 12, 2022 | Jones & Jones |
| 33 | March 23, 2022 | Sprague's Sports |
| 34 | March 31, 2022 | Jones & Jones |
| 35 | April 4, 2022 | Jones & Jones |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(2).

## COUNTS 36 – 41

On or about the dates listed below, in the District of Arizona, Defendant ALEJANDRA GONZALEZ knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ALEJANDRA GONZALEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual purchaser, whereas in truth and fact, she was purchasing them on behalf of Defendant JOSE DEJESUS ENCINAS-DELGADO:

| Count | Date | FFL |
|-------|------|-----|
| 36 | March 4, 2022 | Sprague's Sports |
| 37 | March 7, 2022 | Sprague's Sports |
| 38 | March 12, 2022 | Jones & Jones |
| 39 | March 23, 2022 | Sprague's Sports |
| 40 | March 31, 2022 | Jones & Jones |
| 41 | April 4, 2022 | Jones & Jones |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 42 - 43

On or about the dates listed below, in the District of Arizona, Defendant JOSE DEJESUS ENCINAS-DELGADO, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed each listed firearm in and affecting interstate commerce:

| Count | Date | Make | Caliber | Model |
|---|---|---|---|---|
| 42 | March 7, 2022 | Beretta Pietro SPA | 9mm | APX |
| | | Beretta Pietro SPA | 9mm | APX |
| | | Beretta Pietro | 9mm | APX-9 |
| | | Beretta Pietro | 9mm | APX-9 |
| | | Beretta USA Corp | 9mm | 92X Compact |
| 43 | March 16, 2022 | Colt | 5.56 | COCR 6920 MPS-B |

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

### COUNTS 44 – 45

On or about the dates listed below, in the District of Arizona, Defendant JOSE DEJESUS ENCINAS-DELGADO, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the below listed firearms, in and affecting interstate or foreign commerce.

| Count | Date | Make | Caliber | Model |
|---|---|---|---|---|
| 44 | March 7, 2022 | Beretta Pietro SPA | 9mm | APX |
| | | Beretta Pietro SPA | 9mm | APX |
| | | Beretta Pietro | 9mm | APX-9 |
| | | Beretta Pietro | 9mm | APX-9 |
| | | Beretta USA Corp | 9mm | 92X Compact |
| 45 | March 16, 2022 | Colt | 5.56 | COCR 6920 MPS-B |

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 46

On or about March 7, 2022, at or near Yuma, Arizona, in the District of Arizona, Defendant JOSE DEJESUS ENCINAS-DELGADO, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa Verde ICE Processing Facility in Bakersfield, CA, on or about March 30, 2018 and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United

States.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 46 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 46 of this Indictment, Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable.

If any forfeitable property, as a result of any act or omission of the Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

//

- 11 -

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  June 1, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


s/
ADDISON SANTOME
Assistant U.S. Attorney

- 12 -