GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Arizona State Bar No. 031263
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Addison.santome@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR 22-000591-PHX-DLR |
|---|---|
| Plaintiff, | **RESPONSE TO PROPOSED QUESTIONAIRE** |
| v. | |
| Jose DeJesus Encinas-Delgado, et al, | |
| Defendant. | |

Counsel for Jose DeJesus Encinas-Delgado, Counsel for Alejandra Gonzalez, and counsel for the government, having reviewed the proposed questionnaire, have no objections to the questions and statement of the case, and hereby submit the following questions for inclusion:

**A.     Government's Proposed Questions:**

1.     Have you or anyone close to you (family or friend) been the subject of a federal or state investigation, or has a case pending in federal or state court? Please explain including what the incident was, what police agency investigated, when it occurred, and any strong views you develop from that experience?

2.     Do you have strong views regarding firearms and/or the regulation of firearms? For example, do you believe that the government should not be able to regulate firearms or that the government hasn't done enough to stop firearm violence? Please describe any strong views.

3. Do you have any strong feelings about the criminal justice system, or any religious, moral, or philosophical beliefs, that would make it difficult for you to render a judgment in this case as to guilt or innocence?

**B.      Defendant Encinas-Delgado's Proposed Questions:**

1. Does it affect your ability to be fair in this case if the defendant is an undocumented immigrant?

2. If someone has a lot of associations with criminals, does that mean that they are themselves a criminal?

3. Would you pick yourself as a juror that you feel could be fair in this case?

The government reached out to counsel for Cassandra Gonzalez. Cassandra Gonzalez has signed a plea agreement which will be submitted to the court to set a change of plea date.

Additionally, due to the recent arrest of Alejandra Gonzalez, there is an unopposed motion to continue the firm trial date in this case to allow her counsel to appropriately prepare for trial.

Respectfully submitted this 9th day of January, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Addison Santome*
Addison Santome
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrant(s) under this file number.

Joseph Tobler
Attorney for Jose DeJesus Encinas-Delgado

Melinda Kovacs
Attorney for Alejandra Gonzalez

Michael Bresnehan
Attorney for Cassandra Gonzalez

 *s/ Addison Santome*
U.S. Attorney's Office

- 3 -