LAW OFFICES OF MELINDA J. KOVACS
Melinda J. Kovacs (Bar No. 020532)
7000 N. 16th St.
Suite 120-362
Phoenix, AZ 85020
Telephone: (602) 481-0691
mjkovacs@gmail.com
Attorney for Defendant
Alejandra Gonzalez

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Alejandra Gonzalez,<br><br>    Defendant. | Case No: 2:22-cr-00591-DLR<br><br>**DEFENDANT'S OBJECTIONS TO THE PRE-SENTENCE REPORT** |

Comes now defendant, Alejandra Gonzalez, by and through her attorney Melinda Kovacs, and objects to the pre-sentence report (hereinafter PSR) at various points listed below. Defendant objects to the final guideline calculations as a result of these various objections.

In the PSR at ¶ 44, the writer states that the defendant willfully obstructed or impeded or attempted to do so by willfully failing to appear as ordered for a judicial hearing. This paragraph continues to state that she absconded from pre-trial supervision for approximately ten months.

In the PSR at ¶ 46, the writer states that "it is believed" that the defendant did not demonstrate a level of acceptance that would warrant a reduction, based on the aforementioned absconding.

In ¶52 the defendant objects to the added +2 offense level points for Adjustment of Obstruction of Justice.

In ¶55 the defendant objects to the lack of subtracted -2 or -3 offense level points for Acceptance of Responsibility.

In ¶56 and thereafter referenced in the PSR, the defendant objects to the calculated Total Offense Level of 18.

The timeliness of the defendant's conduct in manifesting the acceptance of responsibility was not caused by her absconding. In fact, two other parties in this case who did not abscond were on much the same timeline as this defendant in accepting responsibility and entering plea agreements. In addition, the defendant was suffering from a relapse of substance use disorder and was not "willfully" failing to appear.

Defense believes that her calculated total offense level should be 13 or 14.

Respectfully submitted:  June 14, 2024


 *s/Melinda Kovacs*
Melinda Kovacs
Attorney for Defendant

Certificate of Service:

I hereby certify that on June 5, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office, USDC Phoenix
Honorable Michael T. Liburdi
Alanna Kennedy, US Attorneys Office


*/s/ Melinda J. Kovacs*
Melinda J. Kovacs
Attorney for Defendant