GRAND CANYON LAW GROUP LLC
Joseph D. Tobler (No. 035228)
1930 East Brown Road, Suite 102
Mesa, Arizona 85203-5138
Telephone: 480.400.5555
Facsimile: 888.507.3031
courts@grandcanyon.law
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jose De Jesus Encinas-Delgado,<br><br>Defendant. | No. CR-22-00591-PHX-DLR<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

Defendant Jose de Jesus Encinas-Delgado, by and through undersigned counsel, hereby submits this Sentencing Memorandum in anticipation of the Sentencing hearing set for August 1, 2024.

### I.     Facts of the Case

Mr. Encinas-Delgado has pled guilty to being a felon in possession of a firearm. He was convicted of the felony of Transportation of an Illegal Alien on November 14, 2016 at the age of 19. He served 18 months in custody. He has not had his rights to possess a firearm restored since 2017 when he was sentenced. He then possessed firearms in this jurisdiction on March 7, 2022 and March 16, 2022.

### II.     Sentencing Guidelines

A. Initial Offense Level

The guideline for a violation of 18 U.S.C. § 922(g)(1) is USSG §2K2.1. The Base Offense Level is 14. USSG §2K2.1(a)(6)(A). Mr. Encinas Delgado's criminal history yielded 3 points, placing him in Criminal History Category II.

B. Stipulations

Pursuant to the stipulation of the Parties, the Defendant's sentence shall not exceed the high end of the sentencing range as calculated under USSG § 1B1.1(a). This stipulated sentencing cap will not change based on departures considered under USSG § 1B1.1(b). Moreover, the Defendant may move for a departure, variance, or sentence below the cap.

C. Recommendations

The United States recommends that there be a two-level reduction for acceptance of responsibility. Further, as the number of firearms increases his level to 20, an additional level is taken off due to timely notifying authorities of the intention to enter a plea of guilty, USSG § 3E1.1(b).

D. Role Adjustment Not Warranted

The PSR writer recommends a role adjustment as an organizer, leader, manager, or supervisor. However, Defendant previously filed an objection to that recommendation. The defendant cannot be a leader or organizer in the offense pled to because there was only one person involved in that offense, himself.

The PSR writer also recommends an increase due to knowledge that the weapons would be transported out of the United States. However, in addition to argument made in the

objection that the proof is insufficient for this increase, Defendant states the following. The enhancement for the knowledge that weapons would leave the U.S. of A. is not properly applicable to this offense, felon in possession of a firearm. The offense is completed by Mr. Encinas-Delgado possessing the firearms and Mr. Encinas-Delgado being a felon. Transportation or transfer to another is not necessary to the offense.

### III.    Final Guideline Offense Level

Given the above, Defense has calculated an **offense level of twenty** in Criminal History Category II. Subtracting 3 points for acceptance yields 17. The guideline range for 17 is 27-33 months. Upon stipulation of the parties, if the Court accepts this calculation, Mr. Encinas-Delgado's sentencing range is 27-33 months.

### IV.    Mitigating Factors

A. Acceptance of Responsibility

The Defendant's acceptance of a plea offer demonstrates his acceptance of responsibility. He is remorseful for his conduct and has expressed remorse for his conduct.

B. Defendant's Age

Mr. Encinas-Delgado is very young, 26 years old. He has spent over two years of that life in jail on this offense.

C. Defendant's Family Support

Mr. Encinas-Delgado is supported by his family who loves him and wants the best for him.

D. Defendant's Employment Record

Mr. Encinas-Delgado worked before arrest, and he wants to get his GED. He worked for Home Depot with a moving company. He worked in another moving company as well. He is employable and hard working.

E. Trauma Survivor

Mr. Encinas-Delgado was targeted by a local cartel from Mexico. He was kidnapped and taken to a remote location. He was tortured physically and mentally. They beat him and showed him the large pit that they said they'd bury him in. They threatened to harm his family. They interrogated him, mocked him, beat him, and finally released him naked and unshod to wander home until someone pitied him and picked him up. His mother filed a police report while he was gone. After all this suffering, finally he returned home. His family decided that he was no longer safe at home there.

F. Other Mitigation

Mr. Encinas-Delgado is a father and he misses his children very much. During his pretrial incarceration he has had limited contact with his family, especially his children, and it has been difficult to watch them grow up without him there to father and spend time with them.

**V. Request for Downward Departure**

Pursuant to the stipulations in the plea agreement, Defense may ask for a sentence below the sentencing range. Given the mitigation outlined above, undersigned counsel requests that this Honorable Court sentence Mr. Encinas-Delgado to time served. He has been in custody since June 3, 2022, two years and two months.

Mr. Encinas-Delgado has suffered severe hardship in the past, and he was going through hardship financially and with loss of his family at the time of these offenses. He is therefore asking for a variance to 26 months of imprisonment. Additionally, a further custodial sentence will likely result in hardship for his family, who has been struggling to make ends meet. Mr. Encinas-Delgado does have criminal history and he has served time in custody in the past. This 26-month sentence would be an increase in sentence from his previous sentences, and commensurate with his crime; an extended custodial sentence would not serve to protect the community. The defendant has been working while in custody. He has been a porter among other jobs. He has strong family support, and he is ready to move on with his life. He is not interested in any further entanglements with any court.

Mr. Encinas-Delgado can be sufficiently punished for the instant offense through a period of supervision following this 26-month period.

**VI. Conclusion.**

Defendant comes before this Court begging for leniency. Mr. Encinas-Delgado is grateful to the United States Government for offering this plea, as it affords him an opportunity to request a departure from the guidelines. The Defendant is remorseful for his actions. Mr. Encinas-Delgado requests that this Honorable Court consider the above when handing down its sentence.

Counsel undersigned respectfully submits that a sentence of time served with probation to follow will be sufficient to warn Defendant about further illegal offenses, will

reflect the seriousness of the offense, will protect the public, and will punish Defendant for

his Conduct.

RESPECTFULLY SUBMITTED this 26th day of July, 2024

**GRAND CANYON LAW GROUP LLC**

By:*/s/ Joseph D. Tobler*
　　Joseph D. Tobler
　　*Attorney for Defendant*

I hereby certify that on this 26th day of July, 2024, I electronically transmitted the attached document of the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registered CM/ECF registrant(s):

The Honorable Judge Douglas L. Rayes

Assistant United States Attorney Addison Santome Owen
*Attorney for the United States of America*
Addison.owen@usdoj.gov

By: */s/ Joseph D. Tobler*
　　Joseph D. Tobler